1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
4 | Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| KULJINDER SINGH, | ) | No. C 08-0880 CRB |
|---|---|---|
|         Plaintiff, | ) | |
|    v. | ) | |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; et al., | ) | STIPULATION TO EXTEND TIME TO ANSWER; ~~PROPOSED~~ ORDER |
|         Defendants. | ) | |

///

///

///

///

///

///

///

///

///

///

///

STIPULATION
C 08-0880 CRB

1    Plaintiff filed the above captioned action on February 8, 2008. The U.S. Attorney's Office
2 was served on February 12, 2008. It now appears that this matter may be resolved administratively
3 within the next thirty days. Accordingly, the parties hereby stipulate, subject to approval of the
4 Court, to the following modifications to the Court's Scheduling Order dated February 8, 2008:

5     Last Day for Defendants to Answer:    May 12, 2008
6     ADR Certification due:    May 23, 2008
7     Case Management Statement:    June 3, 2008
8     Case Management Conference:    June 13, 2008, at 8:30 a.m.

9 Dated: April 10, 2008    Respectfully submitted,

10     JOSEPH P. RUSSONIELLO
    United States Attorney

12         /s/
    MELANIE L. PROCTOR[1]
13     Assistant United States Attorney
    Attorneys for Defendants

15 Dated: April 9, 2008        /s/
16     ROBERT JOBE
    Attorney for Plaintiffs

18         ~~PROPOSED~~ ORDER

19     Pursuant to stipulation, IT IS SO ORDERED.

21 Dated: April 11, 2008

22     CHARLES R. BREYER
    United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*

---

28     [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
C 08-0880 CRB    2