```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
 3  MELANIE L. PROCTOR (CSBN 228971)
    Melanie.Proctor@usdoj.gov
 4  Assistant United States Attorney

 5      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
 6      Telephone: (415) 436-6730
        FAX: (415) 436-7169
 7
    Attorneys for Defendants
 8
                        UNITED STATES DISTRICT COURT
 9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                             SAN FRANCISCO DIVISION
11
    KULJINDER SINGH,                  )   No. C 08-0880 CRB
12                                    )
                    Plaintiff,        )
13                                    )
         v.                           )
14                                    )   STIPULATION TO DISMISS; P̶R̶O̶P̶O̶S̶E̶D̶
    MICHAEL CHERTOFF, Secretary,      )   ORDER
15  Department of Homeland Security;  )
    et al.,                           )
16                                    )
                    Defendants.       )
17  _____)

18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

STIPULATION
C 08-0880 CRB

1  Plaintiff, by and through his attorneys of record, and Defendants, by and through their
2  attorneys of record, hereby stipulate to dismissal of the above-entitled action without prejudice.
3  Each of the parties shall bear their own costs and fees.

5  Dated: May 9, 2008                    Respectfully submitted,

6                                        JOSEPH P. RUSSONIELLO
                                         United States Attorney

8                                        _____/s/_____
                                         MELANIE L. PROCTOR[1]
9                                        Assistant United States Attorney
                                         Attorneys for Defendants

11  Dated: May 8, 2008                   _____/s/_____
12                                       ROBERT JOBE
                                         Attorney for Plaintiffs

14                           ~~PROPOSED~~ ORDER

15  Pursuant to stipulation, IT IS SO ORDERED.   All pending deadlines are hereby
16  TERMINATED.  The Clerk shall close the file.

18  Dated:  May 12, 2008
                                         _____
19                                       CHARLES R. BREYER
                                         United States District Judge



---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
C 08-0880 CRB                            2